1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BETTY JOHNSON,                              No.  2:14-CV-2230-KJM-KJN

12              Plaintiff,

13        v.                                      ORDER

14   STRYKER CORPORATION, STRYKER
     SALES CORPORATION, STRYKER
15   ORTHOPAEDICS, BENJAMIN
     WILLIAMS, M.D., SUTTER AUBURN
16   FAITH HOSPITAL and DOES 1 to 100,

17              Defendants.

18

19        On November 4, 2014, plaintiff Betty Johnson and defendants Stryker

20   Corporation, Stryker Sales Corporation, Howmedica Osteonics Corp (collectively "Stryker

21   defendants") and Dr. Benjamin Williams[1]  jointly stipulated to stay all proceedings in this action

22   pending resolution of a motion currently pending before the Judicial Panel on Multidistrict

23   Litigation ("Judicial Panel") and/or resolution of the transfer of this case to MDL No. 2441.  ECF

24   No. 5.

25        This medical device products liability action arises out of injuries allegedly

26   sustained by plaintiff in connection with the implantation of a Stryker Rejuvenate and ABG II

27

28   _____
     [1] Defendant Sutter Auburn Faith Hospital has not appeared in this action.

1

1   modular-neck hip system designed, manufactured, and promoted by defendants.  Cases involving

2   allegations of nearly identical injuries connected to this product are currently pending in various

3   federal courts.  The Judicial Panel on Multidistrict Litigation established a multidistrict litigation

4   in the District of Minnesota to combine and address these cases.

5            On October 6, 2014, the Judicial Panel on Multidistrict Litigation issued a

6   Conditional Transfer Order seeking to transfer this case to that action.  Defendant Williams has

7   filed a Notice of Opposition and motion to Vacate Conditional Transfer Order.  Responses to this

8   motion are due on November 19, 2014.  Thereafter, the Judicial Panel will rule on whether this

9   action should be transferred.

10            In light of that pending decision, all activity related to this action is stayed until

11   resolution of the motion and the Judicial Panel's decision to transfer.  The parties are instructed to

12   submit a Joint Status Report to this court 90 days from the date of this Order to inform the court

13   of the status of Williams' motions and any decision from the Judicial Panel.  Parties are further

14   instructed to continue to submit Joint Status Reports every 30 days thereafter until resolution

15   from the Judicial Panel.

16        IT IS SO ORDERED.

17   DATED:  November 7, 2014.

18   _____

     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2